**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN B. STACKS                                                    PLAINTIFF

v.                          NO. 4:10CV00718 JLH

BLUEJAY HOLDINGS, LLC; TEN X
HOLDINGS, LLC; RICHARD F. BESTON, JR.;
JOHN W. BRANCH; and JASON MAPLES                      DEFENDANTS

## ORDER

Floyd M. Thomas, Jr., of Thomas, Hickey & Shepherd, L.L.P., previously moved to withdraw as counsel of record for defendants in this matter. On November 10, 2010, the Court directed that new counsel for corporate defendants Bluejay Holdings, LLC, and Ten X Holdings, LLC, enter an appearance within thirty days. Individual defendants Richard F. Beston, Jr., John W. Branch, and Jason Maples were also given thirty days to notify the Court of new counsel, or if they intended to proceed pro se.

Upon motion of the individual defendants, their deadline was extended up to and including January 31, 2011, to notify the Court how they intended to proceed. To date, no new counsel has entered an appearance on behalf of any of the named defendants in this matter.

IT IS THEREFORE ORDERED that Floyd M. Thomas, Jr.'s motion to withdraw as counsel for corporate defendants Bluejay Holdings, LLC, and Ten X Holdings, LLC, is denied. The motion to withdraw as counsel is granted as to individual defendants Richard F. Beston, Jr., John W. Branch, and Jason Maples, and Floyd M. Thomas, Jr., is relieved as counsel of record for those defendants. Document #16.

The Clerk is directed to update the docket sheet to reflect that defendants Beston, Branch and Maples are now proceeding pro se. The defendants are hereby informed that they are required to be

familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to comply <u>may</u> result in default judgment being entered against them.

The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the United States District Court Clerk for the Eastern District of Arkansas. Defendants are hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on defendants RICHARD F. BESTON, JR., JOHN W. BRANCH, and JASON MAPLES by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 7th day of February, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE