**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JOHN B. STACKS                                                               PLAINTIFF

v.                           No. 4:10CV00718 JLH

BLUEJAY HOLDINGS, LLC; TEN X
HOLDINGS, LLC; RICHARD F. BESTON, JR.;
JOHN W. BRANCH; and JASON MAPLES                        DEFENDANTS

**ORDER**

       Jason S. Maples, John W. Branch, and Richard F. Beston, Jr., have filed motions to vacate and set aside notices of taking depositions that were scheduled to be conducted in Fayetteville, Arkansas, on February 22, 2011.  John B. Stacks has responded and stated that the date has come and gone, with none of the individual defendants appearing to be deposed, so to a large extent the motions are moot.  The response also states that the scheduling of the depositions was done on short notice because the individual defendants did not comply with the order of the Court dated November 10, 2010, directing them to enter an appearance or file notice of election to proceed *pro se* within 30 days.

       The motions to vacate and set aside are denied as moot.  Documents #37, #38, and #39.

       IT IS SO ORDERED this 28th day of February, 2011.

                                                                _/s/ J. Leon Holmes_
                                                                J. LEON HOLMES
                                                                UNITED STATES DISTRICT JUDGE