**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN B. STACKS                                                                           PLAINTIFF

v.                             No. 4:10CV00718 JLH

BLUEJAY HOLDINGS, LLC; TEN X
HOLDINGS, LLC; RICHARD F. BESTON, JR.;
JOHN W. BRANCH; and JASON MAPLES                       DEFENDANTS

**ORDER**

       Separate defendants Ten X Holdings, LLC, and Bluejay Holdings, LLC, have filed a motion to extend time to answer the amended complaint. For good cause shown, the motion is GRANTED. Document #62. The deadline for Ten X Holdings, LLC, and Bluejay Holdings, LLC, to answer the amended complaint is extended up to and including April 1, 2011.

       IT IS SO ORDERED this 28th day of March, 2011.

                                               _____
                                               J. LEON HOLMES
                                               UNITED STATES DISTRICT JUDGE