**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN B. STACKS                                                                                                   PLAINTIFF

v.                               No. 4:10CV00718 JLH

BLUEJAY HOLDINGS, LLC; TEN X
HOLDINGS, LLC; RICHARD F. BESTON, JR.;
JOHN W. BRANCH; and JASON MAPLES                            DEFENDANTS

**ORDER**

Before the Court is the motion by Bluejay Holdings, LLC, and Ten X Holdings, LLC, for admission of an attorney *pro hac vice* without local counsel. Pursuant to the Court's March 28, 2011, Order, the motion is GRANTED. Document #63. John W. Branch is admitted *pro hac vice* for the purpose of representing defendants Bluejay Holdings, LLC, and Ten X Holdings, LLC. The Clerk is directed to substitute John W. Branch as counsel of record for Bluejay Holdings, LLC, and Ten X Holdings, LLC. Floyd M. Thomas, Jr., is withdrawn as an attorney of record in this action.

IT IS SO ORDERED this 18th day of April, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE