**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOHN B. STACKS                                                                      PLAINTIFF

v.                                 No. 4:10CV00718 JLH

BLUEJAY HOLDINGS, LLC; TEN X
HOLDINGS, LLC; RICHARD F. BESTON, JR.;
JOHN W. BRANCH; and JASON MAPLES                         DEFENDANTS

**<u>ORDER</u>**

For the reasons stated on the record at a hearing this day, the motions to confirm a settlement and to dismiss the case with prejudice are denied. Documents #108, #109, and #110. The motions to dismiss the counterclaim are denied as moot. Documents #89 and #98. The motion of Jason Maples to withdraw his appearance and for a continuance is granted. Document #100. David B. Vandergriff entered his appearance as counsel for Maples at the hearing today. The docket should be amended to reflect that Vandergriff now represents Maples.

IT IS SO ORDERED this 23rd day of June, 2011.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE