# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

JOHN B. STACKS

vs.                                         NO.  4:10CV00718 SWW

BLUEJAY HOLDINGS LLC, ET AL

## ORDER

Pursuant to the notice of appearance filed by Charles Davidson and Stephen Gershner on behalf of plaintiff John Stacks in the above-styled case,

IT IS ORDERED that Charles Davidson and Stephen Gershner are hereby substituted as counsel of record for the plaintiff, John Stacks, in place of John Everett who is hereby relieved of any further responsibility in this matter.

DATED this 9th day of August 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE