IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN B. STACKS, | * | |
| | * | |
| Plaintiff | * | |
| Counter-defendant, | * | |
| | * | |
| vs. | * | No. 4:10cv00718 SWW |
| | * | |
| | * | |
| | * | |
| BLUEJAY HOLDINGS, LLC, et al., | * | |
| | * | |
| Defendants | * | |
| Counter-plaintiffs. | * | |

## ORDER

Pursuant to the Stipulation of Dismissal [doc.#136] filed on October 17, 2011, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 21st day of October 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE